IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DERRICK SARRACINO,

    Petitioner,

v.                                                    No. 23-cv-00897-JB-KRS

ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

    Respondent.

## ORDER TO PROVIDE A SIX-MONTH ACCOUNT STATEMENT

    This matter is before the Court on Petitioner Derrick Sarracino's Application to Proceed in District Court Without Prepaying Fees or Costs, filed October 24, 2023. (Doc. 3) (the "IFP Motion"). The IFP Motion does not include a six-month inmate account statement, as required by 28 U.S.C. § 1915(a)(2). Petitioner must cure this deficiency within thirty days of entry of this Order. The failure to timely comply may result in dismissal of this case or delay screening.

    **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must file an inmate account statement reflecting transactions between April 11, 2023 and October 11, 2023. Failure to timely comply may result in dismissal of this case without further notice.

_____
UNITED STATES MAGISTRATE JUDGE