IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DERRICK SARRACINO,

    Petitioner,

v.                                                                       No. 23-cv-00897-JB-KRS

ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

    Respondent.

## ORDER EXTENDING DEADLINE TO SUBMIT ACCOUNT STATEMENT

This matter is before the Court on Petitioner Derrick Sarracino's Letter regarding his six-month account statement, filed April 18, 2024. (Doc. 9). The Court construes the Letter as a motion seeking an extension of the deadline to submit a six-month inmate account statement. *See* (Doc. 8 setting original deadline).

For the reasons stated in the Letter, the Court finds good cause to extend the deadline. Petitioner shall therefore have thirty days from the date of the entry of this Order to provide an inmate account statement reflecting transactions between April 11, 2023 and October 11, 2023. In all other respects, the Court's Order to Provide a Six-Month Account Statement, entered March 27, 2024, remains in full force and effect.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Petitioner must file an inmate account statement reflecting transactions between April 11, 2023 and October 11, 2023. Failure to timely comply may result in dismissal of this case without further notice.

_____
UNITED STATES MAGISTRATE JUDGE